Glenn R. Kantor, State Bar No. 122643
Email: gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
Email: psessions@kantorlaw.net
KANTOR & KANTOR LLP
17216 Parthenia Street
Northridge, California 91325
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff
Bruce Girdauskas

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GIRDAUSKAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; ASYST GROUP LIFE AND LONG TERM DISABILITY INSURANCE PLAN; ASYST MEDICAL PLAN; ASYST PENSION/RETIREMENT PLAN,<br><br>　　　　Defendants. | Case No. C 05-00291 JW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

| | | |
|---|---|---|
| 1 | Following settlement of this matter, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear their own costs, expenses and attorney's fees. | |

DATED: January 24, 2006          KANTOR & KANTOR, LLP

By _____
   Peter S. Sessions
   Attorneys for Plaintiff
   Bruce Girdauskas

DATED: January 22, 2006          LITTLER MENDELSON

By _____
   Stephen C. Tedesco
   Attorneys for Defendants
   Asyst Group Life and Long Term
   Disability Plan; Asyst Medical Plan;
   Asyst Pension/Retirement Plan

DATED: January ___, 2006         POHLS & ASSOCIATES

By _____
   Robert R. Pohls
   Attorneys for Defendant
   Reliance Standard Life Insurance
   Company

***ORDER***

IT IS SO ORDERED.

DATED: _____
        HON. JAMES WARE
        U.S. DISTRICT COURT JUDGE

2

Following settlement of this matter, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear their own costs, expenses and attorney's fees.

DATED: January __, 2006          KANTOR & KANTOR, LLP

By_____
Peter S. Sessions
Attorneys for Plaintiff
Bruce Girdauskas

DATED: January __, 2006          LITTLER MENDELSON

By_____
Stephen C. Tedesco
Attorneys for Defendants
Asyst Group Life and Long Term
Disability Plan; Asyst Medical Plan;
Asyst Pension/Retirement Plan

DATED: January 24, 2006          POHLS & ASSOCIATES

By_____
Robert R. Pohls
Attorneys for Defendant
Reliance Standard Life Insurance
Company

***ORDER***

IT IS SO ORDERED.

DATED:

_____
HON. JAMES WARE
U.S. DISTRICT COURT JUDGE

2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) 
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

      On January 25, 2006, I served the foregoing document described as: STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE on the interested parties in this action by serving a copy thereof in a sealed envelope addressed as follows:

*Attorney for Reliance Standard Insurance Company*
Robert Pohls, Esq.
Pohls & Associates
One Walnut Creek Center
Walnut Creek, CA 94596

*Attorneys for Asyst Group Life & Long Term Disability Plan, Asyst Medical Plan and Asyst Pension/Retirement Plan*
Stephen Tedesco, Esq.
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

[ ]    (BY MAIL) I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

[X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY FAX) I faxed such document to the facsimile number above following regular business practices.

[ ]    (STATE) I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 25, 2006, at Northridge, California.

_____
Denise Anderson